### 4186.   BOYNTON *v.* THE STATE.

HILL, C. J.   No question of law is raised by the record. The county-court judge tried the accused without the intervention of a jury, and the credibility of the witnesses was for his determination. The evidence supports the finding.                    *Judgment affirmed.*

DECIDED JUNE 5, 1912.

Certiorari; from Henry superior court—Judge R. T. Daniel. April 18, 1912.

*P. H. Brewster Jr., Munday & Cornwell,* for plaintiff in error.

*J. W. Wise, solicitor-general,* contra.